UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-25252-CIV-MORENO**
**(16-20109-CR-MORENO)**

JORGE ENRIQUE HERNANDEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING MOTION TO VACATE SENTENCE**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, filed on **December 13, 2018**. The Magistrate Judge filed a Report and Recommendation **(D.E. 13)** on **September 23, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED for the reasons stated in the Report and Recommendation. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of February 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

Jorge Enrique Hernandez, *pro se*
43994-004
Williamsburg
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 340
Salters, SC 29590